DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0768

[June 18, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2008-CF-010286-AXXX-MB.

Chad Taylor, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Linden v. State,* 398 So. 3d 445 (Fla. 4th DCA 2024) (certifying conflict with *Hutchinson v. State*, 363 So. 3d 1126, 1128 (Fla. 2d DCA 2023), regarding retroactivity of *State v. Lewars,* 259 So. 3d 793 (Fla. 2018), *review granted,* No. SC2025-0054, 2025 WL 1010192, at *1 (Fla. Apr. 4, 2025)).

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*		\*		\*

***Not final until disposition of timely filed motion for rehearing.***